IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TWYLA FLETCHER                                                PLAINTIFF

vs.                      CASE No. 04-2222

CITY OF FORT SMITH                                       DEFENDANT

## **J U D G M E N T**

On the 24th day of August 2005, this matter came on for trial to a duly selected jury consisting of eight members. On that same date, the case was submitted to the jury on interrogatories and a unanimous decision was reached as to the following interrogatories:

### INTERROGATORY NO. 1

On plaintiff's sexual harassment claim, we the jury find in favor of:

         PLAINTIFF          _____
         DEFENDANT         X

### INTERROGATORY NO. 2

On plaintiff's sex discrimination claim, we the jury find in favor of:

         PLAINTIFF          _____
         DEFENDANT         X

### INTERROGATORY NO. 3

On plaintiff's retaliation claim, we the jury find in favor of:

         PLAINTIFF          _____
         DEFENDANT         X

IT IS ORDERED AND ADJUDGED in accordance with the answer to such interrogatories and verdict, that the plaintiff takes nothing

on her complaint filed herein.  This matter is hereby dismissed with prejudice.  **The parties have 30 days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 29th day of August 2005.

/S/JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE